Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
wpfau@pottercohenlaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTA C. WYLIE,<br><br>        Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant | Case No.: 2:22-CV-03479-ADS<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees and expenses the amount of $3,000.00 (Three Thousand, Four Hundred Thirty Dollars and Sixty-Five Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date:  1/27/2023            /s/ Autumn D. Spaeth
                HONORABLE AUTUMN D. SPAETH
                UNITED STATES MAGISTRATE JUDGE